UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No: 3:17-cv-00101-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| RICHARD B. ROBERTS, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Report of Warning Order Attorney [R. 12] and Motion for Fees [R. 13] submitted by Matthew R. Malone. Mr. Malone was appointed by Order of this Court as warning order attorney on May 4, 2018, for Defendant Richard R. Roberts. [R. 11.] Accordingly, Mr. Malone has made a diligent attempt to notify the Defendant of the pendency of this action. [*See* R. 12.] No objections or responses have been filed and the time for doing so has elapsed. *See* LR 7.1(c). Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Report of the Warning Order Attorney **[R. 12]** is **ACCEPTED**;

2. The Court finds that the rights of the Defendant has been adequately protected;

3. The Motion for Attorney Fees is **GRANTED** and, in accordance with the Court's Standing Order, Matthew Malone is awarded a fee of $200.00 plus expenses in the amount of

$38.54 for postage. Such fees and expenses shall be taxed as costs and paid by the United States of America pursuant to this Court's Order; and

    4.    Matthew Malone is hereby discharged from further service as Warning Order Attorney herein.

This the 26th day of June, 2018.

Gregory F. Van Tatenhove
United States District Judge